# United States District Court
# For The Western District of North Carolina
# Asheville Division

Rodney Self,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          2:11cv30

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/14/2011 Order.

                                            FRANK G. JOHNS, CLERK

                                            Signed: September 15, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court